UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER CLARK, on behalf of herself
and all others similarly situated

    Plaintiff,

v.                                                              Case No:  2:12-cv-486-Ftm-29SPC

CORAL HOSPITALITY, LLC., THE
LANDINGS YACHT, GOLF AND
TENNIS CLUB, INC. and DOUG
MARCOTTE,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on Joint Report Regarding Settlement (Doc. #23) filed on April 22, 2013.  The Parties inform the Court that they have reached a settlement and indicate they are finalizing the terms of the settlement, and will file the appropriate dismissal documents with the Court.

The Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.  Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).  Therefore, the Court directs the Plaintiff to submit the settlement documents for review attached to a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiffs are hereby directed to file a joint motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with <u>Lynn's Food Stores, Inc. v. U.S.,</u> 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(2) The joint motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim.

(3) The Plaintiff shall provide the Court with said information in a motion on or before **May 22, 2013.** If additional time is needed, the Court will entertain a motion for extension**.**

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of April, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record